PAUL SIEGEL, Respondent, v. TAMARACK LODGE HOTEL, INC., Appellant.— In a negligence action to recover damages for personal injuries, defendant appeals from an order of the Supreme Court, Queens County, entered January 22, 1974, which granted plaintiff's motion to vacate an order of dismissal, on condition that plaintiff file a note of issue and statement of readiness within 30 days after publication of the decision in the *New York Law Journal* and that all pretrial examinations and procedures be completed within 45 days after such publication. Order modified by adding thereto the further condition that plaintiff's attorney personally pay defendant $250 costs. As so modified, order affirmed, without costs. The $250 must be paid within 20 days after entry of the order to be made hereon. In view of the neglect of plaintiff's attorney in handling this action, we believe he should be required personally to pay $250 costs to defendant. Hopkins, Acting P. J., Cohalan, Brennan, Benjamin and Munder, JJ., concur.

BARBARA SOLOMON, Respondent, v. ELLIOTT SOLOMON, Appellant.— Appeal by defendant from so much of a judgment of the Supreme Court, Westchester County, dated March 21, 1974, granting plaintiff a divorce, as directed defendant to pay to plaintiff $7,500 as and for her counsel fees and disbursements, payable in monthly installments of $500 each. Judgment modified, on the facts, by reducing the award for plaintiff's counsel fees and disbursements to $5,000 and the installments to $333.33 each. As so modified, judgment affirmed insofar as appealed from, without costs. In our opinion, the award for counsel fees and disbursements was excessive to the extent indicated herein. Gulotta, P. J., Hopkins, Shapiro, Christ and Munder, JJ., concur.